JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MARIA ALAMILLA )
) No. SA CV08-1194-DOC(RNBx)
)
               Plaintiffs, ) ORDER DISMISSING CIVIL ACTION
)
   v. )
)
OCWEN LOAN SERVICING )
)
              Defendants. )

    The Court Granted defendant's motion to dismiss without prejudice.  Plaintiff was given leave until December 8, 2008 to file an amended complaint. Plaintiff has failed to file an amended complaint.

    IT IS ORDERED that this action is hereby dismissed for lack of prosecution.

DATED: December 10, 2008

_David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE