| | |
|---|---|
| 1 | ERIC D. HOUSER (SBN 130079) |
| 2 | ROBERT W. NORMAN, JR. (SBN 232470) |
|   | CHARLES PICCUTA (SBN 258333) |
| 3 | HOUSER & ALLISON |
| 4 | A Professional Corporation |
|   | 9970 Research Drive |
| 5 | Irvine, California 92618 |
|   | Telephone:  (949) 679-1111 |
| 6 | Facsimile:    (949) 679-1112 |
| 7 | ehouser@houser-law.com |
|   | bnorman@houser-law.com |
| 8 | ctpiccuta@houser-law.com |
| 9 | |
|   | Attorneys for Defendant |
| 10 | OCWEN LOAN SERVICING, LLC erroneously sued as OCWEN LOAN |
| 11 | SERVICING, LLC |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | | |
|---|---|---|
| MARIA ALAMILLA, | ) | Case No: SACV08-01194 DOC RNBx |
| | ) | |
| Plaintiff, | ) | HON. David O. Carter |
| | ) | |
| v. | ) | **JUDGMENT OF DISMISSAL** |
| | ) | |
| OCWEN LOAN SERVICING, and | ) | |
| DOES 1-50, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

It appearing from the files and records of this action that Defendant OCWEN LOAN SERVICING, LLC'S Motion to Dismiss was granted without prejudice and that Plaintiff failed to file an amended complaint. This Court subsequently ordered the matter dismissed on December 10, 2008 for lack of prosecution. Now this Court, with good cause appearing, orders as follows:

///

1    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this
2  action is dismissed.

4  **JUDGMENT IS SO ENTERED**

6  Dated: February 6, 2009                BY THE COURT:

_____
David O. Carter
United States District Court Judge